UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELMITA DICKEY, individually,

    Plaintiff,

v.

WILLIAM BEAUMONT HOSPITAL,
a Domestic Nonprofit Corporation;
CROSSFIRE GROUP, LLC,
a Domestic Limited Liability Company; and
MED-NATIONAL STAFFING SOLUTIONS,
INC., a Domestic Profit Corporation,

    Defendants.

Case No. 20-11267

Hon. Nancy G. Edmunds

United States District Judge
Magistrate R. Steven Whalen

_____

**STIPULATED ORDER JOINING ALL CLAIMS
AND DISMISSING AMENDED COMPLAINT WITH PREJUDICE**

This matter having come before the Court, pursuant to the stipulated agreement of the parties, as represented by their undersigned counsel, that Plaintiff has joined all claims that she has had at any time up to and including the date of entry of this Order against Defendants and agrees to dismiss her Complaint with prejudice, and the Court being duly advised in the premises;

**NOW THEREFORE:**

**IT IS ORDERED** that Plaintiff has joined all claims that she has had at any time up to and including the date of entry of this Order against Defendants.

2

**IT IS FURTHER ORDERED** that the Complaint and all causes of action contained within it is dismissed with prejudice.

**IT IS FURTHER ORDERED** that neither Plaintiff nor Defendants shall recover their costs or attorney fees from the other party relative to this claim.

This Order resolves all pending claims and closes the case.

s/ Nancy G. Edmunds<br>
The Honorable Nancy G. Edmunds

ClarkHill\58819\408348\261635631.v1-12/30/20

Approved as to Form and Substance:

| MORGAN & MORGAN, P.A. | CLARK HILL PLC |
|---|---|
| By: */s/Michael N. Hanna (w/permission)*<br>Michael N. Hanna (P81462)<br>2000 Town Center, Suite 1900<br>Southfield, MI 48075<br>(313) 251-1399<br>mhanna@forthepeople.com<br>Attorneys for Plaintiff | By: */s/ Carly O. Machasic*<br>Carly O. Machasic (P75572)<br>Attorneys for Defendant<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226<br>(313) 965-8300<br>cmachasic@clarkhill.com<br>Attorneys for Defendant Beaumont Health |

MADDIN, HAUSER, ROTH & HELLER, P.C.

By: */s/Richard M. Mitchell (w/permission)*
Richard M. Mitchell (P45257)
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
(248) 827-1875 / (248) 359-6175 fax
rmitchell@maddinhauser.com
Attorneys for Defendant Med-National

COLLINS EINHORN FARRELL PC

By: */s/Deborah A. Lujan (w/permission)*
Deborah A. Lujan (P46990)
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-4141
deborah.lujan@ceflawyers.com
Attorney for Defendant Crossfire Group LLC

3